
# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR-14-383

|  |  |  |
|---|---|---|
| | | **Opinion Delivered** February 4, 2015 |
| ANTONIO GAMMON | APPELLANT | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT [NO. CR-2012-1090] |
| V. | | |
| STATE OF ARKANSAS | APPELLEE | HONORABLE RANDY F. PHILHOURS, JUDGE |
| | | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BRANDON J. HARRISON, Judge

Antonio Gammon pleaded guilty to residential burglary and theft of property and was placed on probation in November 2012. His probation was revoked in January 2014 after the circuit court found that he had committed several violations of his probation. On appeal, Gammon's counsel argues that there are no meritorious grounds for appeal and asks to withdraw as counsel. The clerk of our court mailed a certified copy of counsel's motion and brief to Gammon in accordance with Rule 4-3(k)(2) of the Arkansas Rules of the Supreme Court, informing him of his right to file pro se points for reversal. Gammon has not filed pro se points for reversal. Because counsel has complied with the requirements of Rule 4-3(k), we grant the motion to withdraw and affirm.

The test for filing a no-merit brief is not whether there is any reversible error, but whether an appeal would be wholly frivolous. *Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994). Based on our review of the record for potential error pursuant to

*Anders v. California*, 386 U.S. 738 (1967), and the requirements of Rule 4–3(k), we hold that Gammon's appeal is wholly without merit. Therefore, pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), we issue this memorandum opinion granting counsel's motion to withdraw and affirming the circuit court's revocation.

Affirmed; motion to withdraw granted.

VAUGHT and BROWN, JJ., agree.

*C. Brian Williams*, for appellant.

No response.